PROB22
(12/2016)

United States Courts
Southern District of Texas
FILED

*February 14, 2024*

Nathan Ochsner, Clerk of Court

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court): | 6:22CR00092-002 |
|---|---|
| DOCKET NUMBER (Rec. Court): | |

| NAME AND ADDRESS OF SUPERVISED PERSON: | DISTRICT: | DIVISION: |
|---|---|---|
| **Perez, Jose Patino** | Southern District of Texas | Victoria |
| | NAME OF SENTENCING JUDGE: United States District Judge Drew B. Tipton | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From: 09/14/2023 — To: 09/13/2026 |

OFFENSE: Conspiracy to Transport Undocumented Aliens, 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Texas, Victoria Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of Georgia, Savannah Division</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 17, 2024
Date

*/s/ Drew B Tipton*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Southern District of Georgia, Savannah Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 6, 2024
Effective Date

*/s/ R. Stan Baker*
United States District Judge

TRUE COPY I CERTIFY
ATTEST:
NATHAN OCHSNER, CLERK
By: _____ Deputy Clerk

TRUE COPY I CERTIFY
ATTEST:
NATHAN OCHSNER, CLERK
By_____ Deputy Clerk

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Victoria)**
**CRIMINAL DOCKET FOR CASE #: 6:22-cr-00092-2**
*Internal Use Only*

Case title: USA v. Gutierrez et al

Magistrate judge case number: 6:22-mj-00068

Date Filed: 12/22/2022

Date Terminated: 05/30/2023

---

Assigned to: Judge Drew B Tipton

**Defendant (2)**

| | |
|---|---|
| **Jose Patino Perez**<br>*TERMINATED: 05/30/2023* | represented by **George Frank Picha, III**<br>The Picha Law Firm PLLC<br>102 N Staples<br>Corpus Christi, TX 78401<br>361-946-8496<br>Email: george@pichalaw.com<br>*TERMINATED: 03/29/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment<br><br>**Sandra Ann Eastwood**<br>The Law Office of Sandra Eastwood<br>3636 S. Alameda, Ste. B<br>No. 197<br>Corpus Christi, TX 78411<br>361-688-4900<br>Fax: 361-271-1310<br>Email: sandraeastwoodlaw@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRE TO TRANSPORT UNDOCUMENTED ALIENS WITHIN THE UNITED STATES (1) | 9 mos custody BOP; 3 years SRT; standard and mandatory conditions of supervision; education; substance abuse treatment and testing; $100 special assessment; based on a finding of indigency, the Court waived the $5,000 J.V.T.A |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| BRINGING IN AND HARBORING ALIENS (2-3) | Dismissed on Government's Motion |

**Highest Offense Level (Terminated)**
Felony

| Complaints | Disposition |
|---|---|
| 8:1324.F ----BRINGING IN AND HARBORING ALIENS | |

**Material Witness**

| | | |
|---|---|---|
| Nohemi Landero Perez<br>*TERMINATED: 01/26/2023* | represented by | **Robert Louis Guerra**<br>Attorney at Law<br>1201 E Van Buren St<br>Brownsville, TX 78520<br>956-254-0694<br>Email: rguerra@rguerralaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Material Witness**

| | | |
|---|---|---|
| Isabel Rodas Guzman<br>*TERMINATED: 01/26/2023* | represented by | **Robert Louis Guerra**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Patricia Hubert Booth**<br>United States Attorneys Office<br>800 N Shoreline<br>Ste 500<br>Corpus Christi, TX 78401<br>361-888-3111<br>Fax: 361-888-3200<br>Email: Patti.Booth@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Financial Litigation**<br>U S Attorney's Office<br>Southern District of Texas<br>1000 Louisiana St<br>Ste 2300<br>Houston, TX 77002<br>713-567-9000<br>Fax: 713-718-3391 fax<br>Email: flu.usatxs-@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2022 | 1 | COMPLAINT as to Rigoberto Gutierrez (1), Jose Patino Perez (2), filed. (Victoria) (RochelleLimon, 2). [6:22-mj-00068] (Entered: 12/14/2022) |
| 12/14/2022 | 2 | Affidavit for Material Witness(es) Nohemi Landero Perez, Isabel Rodas Guzman as to Rigoberto Gutierrez, Jose Patino Perez. Initial Appearance for Material Witness set for 12/15/2022 at 09:45 AM before Magistrate Judge Jason B Libby, filed. (RochelleLimon, 2). [6:22-mj-00068] (Entered: 12/14/2022) |

| | | |
|---|---|---|
| 12/15/2022 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) NOHEMI LANDERO PEREZ as to Rigoberto Gutierrez, Jose Patino Perez (Material Witness(es) informed of rights) held on 12/15/2022. Material Witness consents to this hearing by video conference. Court finds Material Witness qualifies for appointed counsel and counsel is appointed and present in court., Bond set at $10,000 cash or surety., Additional conditions of bond are as follows: must appear at all court proceedings where it is necessary for you to testify as a witness or notified/subpoenaed to be back in court; provide contact information to his/her attorney and stay in contact with attorney while on release; not violate any federal, state or local law while on bond; 3rd party custodian approved by USPO; residence approved by USPO prior to release; must inform immigration officials he/she has been designated as a material witness in a criminal case., Rights to consular notification given; material witness or their counsel may notify the Court if they request notification. Appearances: John Marck, AUSA; Robert Guerra f/Material Witness; USM: Chris Askew. (Digital # 9:49-9:58) (ERO: Nelda Garcia) (Interpreter: Juan Morales/used). (KendraPearson, 2) [6:22-mj-00068] (Entered: 12/15/2022) |
| 12/15/2022 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) ISABEL RODAS GUZMAN as to Rigoberto Gutierrez, Jose Patino Perez (Material Witness(es) informed of rights) held on 12/15/2022. Material Witness consents to this hearing by video conference. Court finds Material Witness qualifies for appointed counsel and counsel is appointed and present in court., AUSA states the material witness has prior removal/immigration history and moves for detention. Court accepts a waiver of the detention hearing without prejudice., Material Witness counsel states his/her client wishes to waive their detention hearing without prejudice., Rights to consular notification given; material witness or their counsel may notify the Court if they request notification. Appearances: John Marck, AUSA; Robert Guerra f/Material Witness; USM: Chris Askew. (Digital # 9:49-9:58) (ERO: Nelda Garcia) (Interpreter: Juan Morales/used). (KendraPearson, 2)[6:22-mj-00068] (Entered: 12/15/2022) |
| 12/15/2022 | | US ATTORNEY'S NOTICE OF APPEARANCE. Patricia Hubert Booth appearing for USA, filed.(Booth, Patricia) [6:22-mj-00068] (Entered: 12/15/2022) |
| 12/15/2022 | 4 | Application for Writ of Habeas Corpus ad Prosequendum for JOSE PATINO PEREZ in case as to Jose Patino Perez , filed. (Attachments: # 1 Proposed Order)(Booth, Patricia) [6:22-mj-00068] (Entered: 12/15/2022) |
| 12/19/2022 | 5 | Writ of Habeas Corpus ad Prosequendum Issued as to Jose Patino Perez ( Signed by Judge Magistrate Judge Julie K Hampton) Initial Appearance set for 12/22/2022 at 09:45 AM before Magistrate Judge Julie K Hampton, filed. (AnnSalazar, 2) [6:22-mj-00068] (Entered: 12/19/2022) |
| 12/22/2022 | | Arrest of Jose Patino Perez. (AnnSalazar, 2) [6:22-mj-00068] (Entered: 12/22/2022) |
| 12/22/2022 | | Minute Entry for proceedings held before Magistrate Judge Julie K Hampton: INITIAL APPEARANCE as to Jose Patino Perez, (Deft informed of rights) held on 12/22/2022. Defendant to Retain Counsel. Financial Affidavit executed. Defendant consents to this hearing by video conference. Government moves for detention and requests a continuance. Court grants Government's request for continuance. Preliminary Examination & Detention Hearing set for 12/28/2022 at 10:00 AM before Magistrate Judge Julie K Hampton. Appearances: Tyler Joseph Foster, AUSA; USM: Deputy Holloway. (Digital # 10:07-10:15) (ERO: Sasha Ozuna) (Interpreter: not used) Deft remanded to custody. (AnnSalazar, 2) [6:22-mj-00068] (Entered: 12/22/2022) |
| 12/22/2022 | 7 | BRADY ORDER on Rule 5(f) as to Jose Patino Perez. (Signed by Magistrate Judge Julie K. Hampton) Parties notified. (AnnSalazar, 2) [6:22-mj-00068] (Entered: 12/22/2022) |
| 12/22/2022 | 8 | Pretrial Services Report (Sealed) as to Jose Patino Perez, filed. (JenessaCarrizales, 2) [6:22-mj-00068] (Entered: 12/22/2022) |
| 12/22/2022 | 9 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Rigoberto Gutierrez (1) count(s) 1, 2-3, Jose Patino Perez (2) count(s) 1, 2-3, filed. (Attachments: # 1 Unredacted attachment) (BrittanyBoniface, 6) (Entered: 12/22/2022) |

| | | |
|---|---|---|
| 12/22/2022 | 10 | US Attys Criminal Docket Sheet as to Rigoberto Gutierrez, Jose Patino Perez, filed.(BrittanyBoniface, 6) (Entered: 12/22/2022) |
| 12/22/2022 | 11 | SCHEDULING ORDER as to Rigoberto Gutierrez, Jose Patino Perez. Arraignment set for 12/29/2022 at 10:15 AM before Magistrate Judge Julie K. Hampton. Final Pretrial Conference set for 1/26/2023 at 10:30 AM before Magistrate Judge Julie K. Hampton. Jury Trial set for 2/13/2023 at 09:00 AM before Judge Drew B. Tipton. (Signed by Magistrate Judge Julie K. Hampton) Parties notified. (BrittanyBoniface, 6) (Entered: 12/22/2022) |
| 12/28/2022 | 13 | ORDER APPOINTING COUNSEL for Defendant Jose Patino Perez. George Frank Picha appointed. (Signed by Magistrate Judge Julie K. Hampton) Parties notified. (MichelleHolliday, 2) (Entered: 12/28/2022) |
| 12/28/2022 | | Minute Entry for proceedings held before Magistrate Judge Julie K Hampton: DETENTION AND ARRAIGNMENT as to Jose Patino Perez (2) Count(s) 1–3 held on 12/28/2022. Not Guilty on Count(s) 1–3. Deft, through, counsel, waived Detention Hearing without prejudice. Appearances: Patricia Booth, AUSA; George Frank Picha III f/Defendant; DUSM Deputy Mayo. (Digital # 12:14–12:17) (ERO: Mara Gonzalez) (Interpreter: not used) Deft remanded to custody. (AnnSalazar, 2) (Entered: 12/28/2022) |
| 12/28/2022 | 14 | ORDER OF DETENTION PENDING TRIAL as to Jose Patino Perez ( Signed by Magistrate Judge Julie K Hampton) Parties notified. (AnnSalazar, 2) (Entered: 12/28/2022) |
| 12/29/2022 | 16 | Arrest Warrant issued 12/14/2022; Returned Executed on 12/19/2022 as to Jose Patino Perez.. Document restricted from PACER under privacy policy., filed. (BrittanyBoniface, 6) (Entered: 12/29/2022) |
| 01/20/2023 | | ***Set/Reset Hearings as to Jose Patino Perez: ***Hearing to be held in Victoria Division*** Final Pretrial Conference set for 1/26/2023 at 10:00 AM before Magistrate Judge Mitchel Neurock (AnnSalazar, 2) (Entered: 01/20/2023) |
| 01/23/2023 | 26 | NOTICE of Intention to Enter a Plea of Guilty as to Jose Patino Perez, filed. (Picha, George) (Entered: 01/23/2023) |
| 01/23/2023 | 27 | NOTICE OF RESETTING as to Rigoberto Gutierrez, Jose Patino Perez. **TIME CHANGE ONLY** Final Pretrial Conference set for 1/26/2023 at 10:30 AM in Victoria 2nd Floor Courtroom before Magistrate Judge Mitchel Neurock, filed. (amartinez, 2) (Entered: 01/23/2023) |
| 01/24/2023 | 28 | PLEA AGREEMENT as to Jose Patino Perez, filed. (Picha, George) (Entered: 01/24/2023) |
| 01/25/2023 | 30 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Jose Patino Perez , filed. (Picha, George) (Entered: 01/25/2023) |
| 01/26/2023 | | Minute Entry for proceedings held before Magistrate Judge Mitchel Neurock: RE-ARRAIGNMENT held on 1/26/2023. Jose Patino Perez (2) Guilty Count(s) 1. Defendant states he/she is ready to plea guilty today. Consent to plea before Magistrate Judge filed. Plea agreement with waiver of appeal filed. PSI ordered. Sentencing date announced in open court. Sentencing order to be entered. AUSA and Defense counsel are unopposed to the release of the material witness(es). Appearances: AUSA Patricia Booth, George Picha III. USPO: Tricia Cruz. USM: Deputy Porche. (Time in Court: 10:33–11:03) (ERO: Veronica Cantu) (Interpreter:not used) Deft remanded to custody. (amartinez, 2) (Entered: 01/26/2023) |
| 01/26/2023 | | **Terminate Deadlines and Hearings as to Jose Patino Perez: (amartinez, 2) (Entered: 01/26/2023) |
| 01/26/2023 | 33 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Jose Patino Perez. PSI Completion due by 3/9/2023. Objection to PSI due by 3/24/2023 Responses to Objections due by 3/27/2023. Final PSI due by 4/7/2023 Deadline for Motions for Continuance: 4/24/2023. Supporting Documents due by 4/24/2023. Sentencing set for 4/27/2023 at 02:00 PM before Judge Drew B. Tipton. (Signed by Judge Drew B. Tipton) Parties notified. (amartinez, 2) (Entered: 01/26/2023) |

| | | |
|---|---|---|
| 01/26/2023 | 34 | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY as to Jose Patino Perez. Objections to F&R due by 2/9/2023. (Signed by Magistrate Judge Mitchel Neurock) Parties notified. (amartinez, 2) (Entered: 01/26/2023) |
| 01/26/2023 | 35 | Unopposed MOTION to Release Material Witnesses by Nohemi Landero Perez as to Rigoberto Gutierrez, Jose Patino Perez, filed. (Attachments: # 1 Proposed Order Granting Release of Material Witnesses)(Guerra, Robert) (Entered: 01/26/2023) |
| 01/26/2023 | 36 | ORDER granting 35 Motion to Release Material Witnesses Nohemi Landero-Perez and Isabel Rodas-Guzman as to Rigoberto Gutierrez (1), Jose Patino Perez (2). Hand delivered to the USM today at 1:46 pm. (Signed by Judge Drew B Tipton.) Parties notified. (fcarbia, 2) (Additional attachment(s) added on 1/26/2023: # 1 USM acknowledgement receipt/file stam) (fcarbia, 2). (Entered: 01/26/2023) |
| 01/26/2023 | 39 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Jose Patino Perez, filed. (JaredMarks, 2) (Entered: 01/26/2023) |
| 02/14/2023 | 42 | ORDER Accepting Guilty Plea as to Jose Patino Perez re: 34 Findings and Recommendation on Plea of Guilty. (Signed by Judge Drew B Tipton) Parties notified. (KelliePapaioannou, 2) (Entered: 02/14/2023) |
| 03/09/2023 | 43 | Attorney Only Document (Sealed) as to Jose Patino Perez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to SAVE the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (BiancaBernal, 2) (Entered: 03/09/2023) |
| 03/28/2023 | 46 | Unopposed MOTION to Withdraw as Attorney by George Frank Picha, III by Jose Patino Perez, filed. (Picha, George) (Entered: 03/28/2023) |
| 03/28/2023 | 47 | PROPOSED ORDER re: 46 Unopposed MOTION to Withdraw as Attorney by George Frank Picha, III as to Jose Patino Perez, filed.(Picha, George) (Entered: 03/28/2023) |
| 03/29/2023 | 48 | ORDER granting 46 Motion to Withdraw as Attorney. George Frank Picha, III withdrawn from case as to Jose Patino Perez (2). New counsel will be appointed in a separate Order. (Signed by Magistrate Judge Julie K Hampton.) Parties notified.(fcarbia, 2) (Entered: 03/29/2023) |
| 03/29/2023 | 49 | ORDER APPOINTING COUNSEL for Defendant Jose Patino Perez. Sandra Ann Eastwood appointed. (Signed by Magistrate Judge Julie K. Hampton) Parties notified. (MichelleHolliday, 2) (Entered: 03/29/2023) |
| 04/07/2023 | 50 | Final Presentence Investigation Report (Sealed) as to Jose Patino Perez, filed. (JenessaCarrizales, 2) (Entered: 04/07/2023) |
| 04/07/2023 | 51 | Sealed Addendum to 50 Final Presentence Investigation Report (Sealed) as to Jose Patino Perez, filed. (JenessaCarrizales, 2) (Entered: 04/07/2023) |
| 04/07/2023 | 52 | Confidential Sentencing Recommendation(Sealed) regarding Jose Patino Perez, filed. (JenessaCarrizales, 2) (Entered: 04/07/2023) |
| 04/21/2023 | 57 | NOTICE of Resetting as to Jose Patino Perez. Parties notified. Sentencing reset for 4/27/2023 at 02:45 PM in 4th Floor Courtroom before Judge Drew B Tipton, filed. (KelliePapaioannou, 2) (Entered: 04/21/2023) |
| 04/21/2023 | 58 | Unopposed MOTION to Continue Sentencing by Jose Patino Perez, filed. (Eastwood, Sandra) (Entered: 04/21/2023) |
| 04/22/2023 | 59 | ORDER granting 58 Motion to Continue as to Jose Patino Perez (2) Sentencing set for 6/1/2023 at 02:00 PM before Judge Drew B Tipton.(Signed by Judge Drew B Tipton.) Parties notified.(BrittanyBoniface, 6) (Entered: 04/24/2023) |
| 05/11/2023 | 62 | NOTICE of Resetting as to Jose Patino Perez. Parties notified. Sentencing reset for 5/25/2023 at 02:15 PM in 4th Floor Courtroom before Judge Drew B Tipton, filed. (KelliePapaioannou, 2) (Entered: 05/11/2023) |
| 05/25/2023 | | Minute Entry for proceedings held before Judge Drew B Tipton: Sentencing held on 5/25/2023 for Jose Patino Perez (2), Count(s) 1, 9 mos custody BOP; 3 years SRT; standard and mandatory conditions of supervision; education; substance abuse |

| | | |
|---|---|---|
| | | treatment and testing; $100 special assessment; based on a finding of indigency, the Court waived the $5,000 J.V.T.A; Count(s) 2-3, Dismissed on Government's Motion.No objections to the PSR. The Court adopts the PSR as its findings of fact. Defendant waived right of appeal as part of a plea agreement. Appearances:USPO: Tricia Cruz. Patricia Hubert Booth, Sandra Ann Eastwood.(Digital # 2:40-2:45)(ERO:Stacie Marthiljohni) (Interpreter:not used) Deft remanded to custody, filed.(KelliePapaioannou, 2) (Entered: 05/25/2023) |
| 05/30/2023 | 65 | JUDGMENT as to Jose Patino Perez. (Signed by Judge Drew B Tipton) Parties notified. (BrittanyBoniface, 6) (Entered: 05/30/2023) |
| 05/30/2023 | 66 | Statement of Reasons (Sealed) as to Jose Patino Perez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to **SAVE** the document locally at the time of viewing, filed. (Entered: 05/30/2023) |
| 06/16/2023 | | ***Delivery Confirmation for delivery date(s) 6/20/2023 re: 70 Document(s) Sent, filed. (StacieMarthiljohni, 6) (Entered: 06/21/2023) |
| 02/14/2024 | 71 | Supervised Release Jurisdiction Transferred to the Southern District of Georgia, Savannah Division as to Jose Patino Perez., filed.(AngelMireles, 2) (Entered: 02/14/2024) |
| 02/14/2024 | 72 | Letter re Transfer of Jurisdiction to the Southern District of Georgia, Savannah Division as to Jose Patino Perez, filed. (AngelMireles, 2) (Entered: 02/14/2024) |
| 03/15/2024 | 73 | MAIL RETURNED UNDELIVERABLE re: 72 sent to SOUTHERN DISTRICT OF GEORGIA, SAVANNAH as to Jose Patino Perez, filed. (LeticiaGarza, 2) (Entered: 03/18/2024) |