UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
F I L E D

DEC 22 2022

Nathan Ochsner
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| RIGOBERTO GUTIERREZ JOSE PATINO PEREZ | § § § | V-22-92 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 13, 2022, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

RIGOBERTO GUTIERREZ,
and JOSE PATINO PEREZ,

knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

### COUNT TWO

On or about December 13, 2022, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

RIGOBERTO GUTIERREZ,
and JOSE PATINO PEREZ

did knowingly and in reckless disregard of the fact that Nohemi Landero-Perez was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT THREE

On or about December 13, 2022, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

RIGOBERTO GUTIERREZ,
and JOSE PATINO PEREZ,

did knowingly and in reckless disregard of the fact that Isabel Rodas-Guzman was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney

2